JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLORADO CASUALTY INSURANCE COMPANY, A COLORADO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANDELARIA CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. EDCV 09-02123 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff Colorado Casualty Corporation: (1) has no duty to indemnify Defendants Candelaria Corporation, EPC Corporation, or David N. Goff for any punitive damages that may be awarded in the matter of <u>Lebsack, et al. v. Goff, et al.</u>, Case No. RIC472471, pending in the California Superior Court for Riverside County; and (2) has no duty to pay any punitive damages that may be awarded to Defendants Somlux Lebsack and John Lebsack in the matter of <u>Lebsack, et al. v.</u>

1 <u>Goff, et al.</u>, Case No. RIC472471, pending in the
2 California Superior Court for Riverside County.  The
3 Court orders that such judgment be entered.

6 Dated: April 9, 2010

VIRGINIA A. PHILLIPS
United States District Judge